UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANTONIO LASHUN ALDRIDGE,

      Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-75

**ORDER**

Defendant Antonio Lashun Aldridge, through counsel, has moved for a court order requiring him to submit to a psychiatric/psychological evaluation pursuant to 18 U.S.C. §§ 4241 and 4242 for the purpose of determining his competency to stand trial and his sanity at the time of the offense.  The motion for such evaluation is not opposed by the government.

      **IT IS HEREBY ORDERED** that Defendant Antonio Lashun Aldridge's Motion for Determination of Competency and Sanity is **GRANTED** and Defendant is committed to the custody of the Attorney General for a period not to exceed 45 days for placement in an appropriate facility for psychological and psychiatric evaluation within the meaning of 18 U.S.C. §§ 4241 and 4242.

      **IT IS FURTHER ORDERED** that the evaluation shall be performed by a licensed psychiatrist or psychologist, it shall include extensive objective testing, and it shall evaluate whether Defendant is competent to stand trial, whether Defendant was legally insane at the time of the

offense, and whether Defendant's mental condition might be improved through mental health treatment, including prescription medication.

**IT IS FURTHER ORDERED** that the Attorney General shall file the report of the evaluation with the Clerk **under seal**, but shall also submit copies of the report to defense counsel for review.

**IT IS FURTHER ORDERED** that, upon return of the report, a competency/sanity hearing shall be promptly scheduled by the Court's case manager.

**IT IS FURTHER ORDERED** that the professional preparing the evaluation shall make him/herself available for testimony at the competency/sanity hearing.

Date:  September 7, 2007                                      /s/  Paul L. Maloney
                                                              PAUL L. MALONEY
                                                              United States District Judge